NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| Connie WHITE, an individual and all others similarly situated<br>    Plaintiff,<br>v.<br>U.S. BANK, N.A. *et al*,<br>    Defendants. | Civil No. 18-10683 (RBK/AMD)<br><br>**ORDER** |

**KUGLER**, United States District Judge:

  **THIS MATTER** is before the Court on its own motion; and

  **THE COURT NOTING** that on January 24, 2019, the Court dismissed Plaintiff's Complaint, without prejudice, for failing to conform with Federal Rule Civil Procedure 8, but with leave to file an Amended Complaint on or before February 8, 2019 (Doc. No. 24); and

  **THE COURT FINDING** that as of February 11, 2019, Plaintiff has failed to file an Amended Complaint; and

  **IT IS HEREBY ORDERED** that the Clerk shall close this case.

Dated: 2/11/2019               /s/ Robert B. Kugler
                            ROBERT B. KUGLER
                            United States District Judge